UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cr-20509-PCH

**UNITED STATES OF AMERICA**,

v.

**NATHALIE BETANCES**,

   Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 29]**, which was entered on January 26, 2026. In the R&R, Magistrate Judge Louis found that the Defendant Nathalie Betances freely and voluntarily entered a plea of guilty as to Count One of the Indictment, which charges her with conspiracy to distribute a controlled substance, in violation of 21 U.S. section 846, and Counts Two through Six of the Indictment, which charge her with distribution of a controlled substance, in violation of 21 U.S.C. section 841(a)(1). Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Counts One through Six of the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed. Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts One through Six of the Indictment filed in this case; and (3) a sentencing hearing is set for **Monday, April 27, 2026 at 12:30 p.m.**,

before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Chambers in Miami, Florida on January 30, 2026.

_____
**HONORABLE PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

Copies furnished:
All counsel of record
United States Probation Office